IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DR. ROBERT L. MEINDERS. D.C. LTD.,
Individually and as the representative of
a class of similarly-situated persons,

Plaintiff,

v.                                                                              No. 14-0548-DRH

UNITEDHEALTHCARE, INC.,
UNITEDHEATLHCARE OF ILLINOIS,
INC., and JOHN DOES 1-12

Defendants.

## ORDER

**HERNDON, District Judge:**

      This matter comes before the Court for case management. On September 23, 2015, the Seventh Circuit's issued its Mandate reversing and remanding the Court's dismissal order (Doc. 43). Pursuant to the Mandate, the Court **DIRECTS** Magistrate Judge Wilkerson to meet with the parties and enter a new scheduling and discovery order regarding the issues outlined in the Mandate: "to allow Meinders to submit a full response to Van Ham's declaration and United's assumption theory." (Doc. 43-2, p. 10). The scheduling and discovery order shall

contain deadlines for the parties to submit a new round of briefs on this issue.

**IT IS SO ORDERED.**

Signed this 24th day of September, 2015.

Digitally signed by
David R. Herndon
Date: 2015.09.24
12:16:03 -05'00'

**United States District Court**