UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. ROBERT L. MEINDERS, D.C., LTD., individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>        v.<br><br>UNITEDHEALTHCARE, INC., et al.,<br><br>              Defendants. | No. 3:14-cv-00548-SMY<br><br>Judge Staci M. Yandle |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among all parties who have appeared in this action, through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that any and all claims stated in Plaintiff's Amended Complaint (ECF No. 62) filed on April 25, 2016, against defendants (1) UnitedHealthcare, Inc., (2) United HealthCare of Arizona, Inc., (3) UHC of California d/b/a UnitedHealthcare of California, (4) United Healthcare of Colorado, Inc., (5) United Healthcare of Oregon, Inc., (6) UnitedHealthcare of Utah, Inc., and (7) United Healthcare of Washington, Inc. are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. No other claims and parties are dismissed.

Dated: September 17, 2020

By: /s/ Phillip A. Bock
    *One of Plaintiff's attorneys*

Phillip A. Bock (Counsel of Record)
Robert M. Hatch
BOCK, HATCH, LEWIS
  & OPPENHEIM, LLC
134 North La Salle Street, Suite 1000
Chicago, IL  60602
Telephone:  (312) 658-5500
service@classlawyers.com

By: /s/ Adam K. Levin
    *One of Defendants' attorneys*

Adam K. Levin
Kathryn M. Ali

Robert J. Sprague
SPRAGUE and URBAN
26 E. Washington Street
Belleville, IL 62220
Telephone: (618) 233-8383

*Counsel to Dr. Robert L. Meinders, D.C., Ltd., individually and as the representative of a proposed class of similarly-situated persons*

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
adam.levin@hoganlovells.com

*Counsel to UnitedHealthcare of Illinois, Inc.; UnitedHealthcare Services, Inc.; UnitedHealthcare, Inc.; UnitedHealthcare of Arizona, Inc.; UHC of California d/b/a UnitedHealthcare of California; UnitedHealthcare of Colorado, Inc.; UnitedHealthcare of Oregon, Inc.; UnitedHealthcare of Utah, Inc.; and UnitedHealthcare of Washington, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on September 17, 2020, he caused the foregoing document to be filed using the Court's CM/ECF system, which automatically serves a copy upon all counsel of record:

Adam K. Levin
Kathryn M. Ali
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: adam.levin@hoganlovells.com

Mitchell E. Zamoff
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
Email: mitch.zamoff@hoganlovells.com

Jason P. Stiehl
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jason.stiehl@akerman.com

*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phillip A. Bock