IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. ROBERT L. MEINDERS, D.C., LTD., individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>UNITEDHEALTHCARE, INC., et al.,<br><br>　　　　　　　　Defendants. | No. 14-cv-548-SMY<br><br>Judge Staci M. Yandle |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), plaintiff, Dr. Robert L. Meinders, D.C., Ltd., appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's final judgment entered on September 21, 2020 (ECF No. 113) and its Memorandum and Order of July 15, 2016 (ECF No. 93) (a) granting Defendants' renewed motion to dismiss, to compel arbitration and to stay, and (b) dismissing the case under Fed. R. Civ. P. 12(b)(3) for improper venue as to defendants UnitedHealthcare of Illinois, Inc. and United HealthCare Services, Inc..

Dated: September 22, 2020

Respectfully submitted,

DR. ROBERT L. MEINDERS, D.C., LTD., individually and as the proposed representative of a class of similarly-situated persons,

By: /s/ Phillip A. Bock
*One of its attorneys*

Robert J. Sprague
SPRAGUE and URBAN
26 E. Washington Street
Belleville, IL 62220
Telephone: 618/233-8383

Phillip A. Bock (Counsel of Record)
Robert M. Hatch
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 North La Salle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on September 22, 2020, he caused the foregoing document to be filed using the Court's CM/ECF system, which automatically serves a copy upon all counsel of record:

Adam K. Levin
Kathryn M. Ali
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: adam.levin@hoganlovells.com

Mitchell E. Zamoff
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
Email: mitch.zamoff@hoganlovells.com

Jason P. Stiehl
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jason.stiehl@akerman.com

*Counsel for Defendants*

/s/ Phillip A. Bock