# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## ORDER

February 11, 2021

*By the Court:*

| | |
|---|---|
| No. 20-2832 | DR. ROBERT L. MEINDERS, D.C., LTD., individually and as the representative of a class of similiarly-situated persons,<br> Plaintiff - Appellant<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC. and UNITEDHEALTHCARE OF ILLINOIS, INC.,<br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00548-SMY<br>Southern District of Illinois<br>District Judge David R. Herndon | |

**IT IS ORDERED** that counsel in this appeal shall present oral argument either telephonically or by video communications. No attorneys will be present in the courtroom. The clerk's office will contact counsel with further instructions.

**MOTIONS TO WAIVE ORAL ARGUMENT: If the appeal can be resolved based on the briefs and record and the decisional process would not be significantly aided by oral argument,** *see* **FED. R. APP. P. 34(a), counsel may file a motion under Circuit Rule 34(e) to waive oral argument. The court encourages counsel to confer with opposing counsel when considering a motion to waive oral argument and prefers joint motions. A motion to waive oral argument must be filed no later than seven days before the date of argument.**

form name: **c7_Order_BTC**(form ID: **178**)